PER CURIAM.

(No. 74-CC-274—Claimant )

ENLOE'S LINCOLN SQUARE DRUG STORE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 8, 1974.*

ENLOE'S LINCOLN SQUARE DRUG STORE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.